AO 109 (Rev. 06/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>The Domain Names LV-OUTLETSTORE.COM,<br>LV-OUTLETS.COM, and<br>LV-OUTLETS.NET | ) ) ) ) ) | Case No.  10-MC-0085-BNB |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Colorado _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The Internet domain names LV-OUTLETSTORE.COM, LV-OUTLETS.COM, and LV-OUTLETS.NET.

See attached Warrant of Seizure and Attachment A.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

YOU ARE COMMANDED to execute this warrant and seize the property on or before  *November 29, 2010, at 10:00 am*
(Not to exceed 10 days)

☒ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ **BOYD N. BOLAND** _____.
United States Magistrate Judge

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: *November 19, 2010, at 10:40 am*      /s/ Boyd N. Boland
                                                                                        *Judge's signature*
                                                                                        BOYD N. BOLAND
City and state:  *Denver, Colorado*                             United States Magistrate Judge
                                                                                        *Printed name and title*

AO 109 (Rev. 06/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| The Domain Names LV-OUTLETSTORE.COM | ) |
| LV-OUTLETS.COM | ) |
| LV-OUTLETS.NET | ) |

## WARRANT OF SEIZURE

TO: ANY DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT SPECIAL AGENT OR ANY OTHER LAW ENFORCEMENT OFFICER AUTHORIZED BY LAW

## INTRODUCTION

An Affidavit having been made before me by Brendan Hawes, a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, that he has reason to believe that the Internet domain names specified in the above referenced caption are subject to seizure and civil forfeiture pursuant to 18 U.S.C. §§ 2323(a)(1)(B) and § 981(b), and as I am satisfied that there is probable cause to believe that the property so described is subject to seizure and civil forfeiture pursuant to 18 U.S.C. § 2323 (a)(1)(B) and § 981(b);

YOU ARE HEREBY COMMANDED AND AUTHORIZED to seize, within ten (10) days of the date of issuance of this warrant, by serving a copy of this warrant of seizure, the following Internet domain names : LV-OUTLETSTORE.COM, LV-OUTLETS.COM and LV-OUTLETS.NET, registrar BIZCN.COM located at Xiamen Software Park (Phase II) 61 Wang Sea, Xiamen, 361008, China.

1

The Domain Name's registry, VeriSign, Inc., which has its headquarters at 21355 Ridgetop Circle, Dulles, Virginia, shall be directed to comply with all terms of this warrant by placing on registry lock the LV-OUTLETSTORE.COM, LV-OUTLETS.COM and LV-OUTLETS.NET pursuant to the conditions set out in attachment A hereto pending further order of the Court.

The Department of Homeland Security, U.S. Immigration and Customs Enforcement or its designee is directed to maintain custody of the property pending resolution of the forfeiture.

## ATTACHMENT A

**I.** **Seizure Procedure**

    A. The seizure warrant will be presented in person or transmitted via facsimile or email to personnel of the domain name registry listed in Section I ("Subject Registry") who will be directed, for the domain name listed in Section II ("Subject Domain Name") for which it serves as the top-level domain registry, to make any changes necessary to restrain and lock the domain name pending transfer of all rights, title, and interest in the Subject Domain Name to the United States upon completion of forfeiture proceedings.

    B. Upon seizure of the Subject Domain Name, the Subject Registry shall point the Subject Domain Name to IP address 74.81.170.110, at which the Government will display a web page with the following notice:

> *This domain name has been seized by ICE-Homeland Security Investigations, pursuant to a seizure warrant issued by a United States District Court under the authority of 18 U.S.C. §§ 981 and 2323.*
>
> *Willful copyright infringement is a federal crime that carries penalties for first time offenders of up to five years in federal prison, a $250,000 fine, forfeiture and restitution (17 U.S.C § 506, 18 U.S.C. § 2319). Intentionally and knowingly trafficking in counterfeit goods is a federal crime that carries penalties for first time offenders of up to ten years in federal prison, a $2,000,000 fine, forfeiture and restitution (18 U.S.C. § 2320).*

    C. Upon seizure of the Subject Domain Name, the Subject Registry shall take all steps necessary to restrain and lock the domain at the registry level to ensure that changes to the subject domain name cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with United States Immigration and Customs Enforcement. The DNS record should be altered to remove any applicable name servers.

    D. The Subject Registry shall take any steps required to propagate the changes to any applicable DNS servers.

**I.** **Subject Registry**
VeriSign, Inc.
21355 Ridgetop Circle
Dulles, Virginia 20166

II.     **Subject Domain Name**
        LV-OUTLETSTORE.COM
        LV-OUTLETS.COM
        LV-OUTLETS.NET